```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| OSCAR ARIEL LARA NUNEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCSHANE, et al. | : | NO. 26-40 |

### ORDER

AND NOW, this 8th day of January 2026, it is hereby ORDERED that petitioner Oscar Ariel Lara Nunez shall not be transferred out of the Eastern District of Pennsylvania pending further order of this court.

BY THE COURT:

/s/   Harvey Bartle III
                                              J.