IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSCAR ARIEL LARA NUNEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN MCSHANE, et al. | : | NO. 26-40 |

ORDER

AND NOW, this 22nd day of January 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the Petition for Writ of Habeas Corpus by Oscar Ariel Lara Nunez is GRANTED;

(2) Oscar Ariel Lara Nunez is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

(3) The Government shall RELEASE Oscar Ariel Lara Nunez from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 12:00 P.M. EST on January 23, 2026;

(4) The Government is temporarily enjoined from re-detaining Oscar Ariel Lara Nunez for seven days following his release from custody;

(5) If the Government chooses to pursue re-detention of Oscar Ariel Lara Nunez after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a),

at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings;

(6)  Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Oscar Ariel Lara Nunez from the Eastern District of Pennsylvania before the ordered bond hearing.  If the immigration judge determines that Oscar Ariel Lara Nunez is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from the undersigned to move Oscar Ariel Lara Nunez if unforeseen or emergency circumstances arise that require him to be removed from the District.  Any such request must include an explanation for the request as well as a proposed destination.  The Court will then determine whether to grant the request and to permit his transfer; and

(7) The motion of petitioner Oscar Ariel Lara Nunez for a temporary restraining order (Doc. #2) is DENIED as moot.

(8)  The clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.